UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

2004 FEB 25  P 4 52

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | BY_____ |
| vs. | ) | Crim. No.   DEPUTY CLERK |
| | ) | |
| ADAM HILL | ) | (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and |
| DON Z. HOLMES | ) | 846; 18 U.S.C. §§ 2 and 924(c)(1)(A)(ii)) |

04-23-P

## INDICTMENT

The Grand Jury charges:

## COUNT I

Between approximately July 2003 and October 2003, in the District of Maine, the

Defendants

## ADAM HILL
## DON Z. HOLMES

knowingly, willfully, and intentionally conspired and agreed with Dylan Neill and others who are

known to the Grand Jury to commit an offense against the United States, that is, to unlawfully,

knowingly, and intentionally possess with the intent to distribute and to distribute 50 or more

grams of cocaine base, a controlled substance listed in Title 21, United States Code, Section 812.

All in violation of Sections 841(a)(1), 841(b)(1)(A), and 846 of Title 21, United States

Code.

## COUNT II

On July 31, 2003, the Defendant

## DON Z. HOLMES

knowingly and intentionally distributed cocaine base, a controlled substance listed in 21 U.S.C. §

812.

All in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT III

On August 21, 2003, the Defendant

## DON Z. HOLMES

knowingly and intentionally distributed and aided and abetted the distribution of cocaine base, a controlled substance listed in 21 U.S.C. § 812.

All in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT IV

On September 8, 2003, the Defendant

## DON Z. HOLMES

knowingly and intentionally distributed and aided and abetted the distribution of cocaine base, a controlled substance listed in 21 U.S.C. § 812.

All in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT V

On September 17, 2003, the Defendant

## DON Z. HOLMES

knowingly and intentionally distributed and aided and abetted the distribution of cocaine base, a controlled substance listed in 21 U.S.C. § 812.

All in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT VI

On October 14, 2003, in the District of Maine, the Defendants

## ADAM HILL
## DON Z. HOLMES

knowingly used and carried a firearm, namely, a .22 caliber pistol, during and in relation to the

conspiracy described in Count I of this indictment, which is a drug trafficking crime for which

they may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

**A TRUE BILL.**

_Diana Marchetti_
Foreperson

_/s/ R Chy_
United States Attorney
Dated: 2/25/04

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By _[signature]_ Deputy Clerk