04-1688-CBS

## Affidavit Of Stephen E. Hickey

I, Stephen E. Hickey, on oath depose and state that:

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco & Firearms in the District of Maine and I have been so employed for approximately 1 ½ years.

2. In connection with my official duties and as part of the official records of my office, I am aware that there is presently outstanding a warrant of arrest for one **Adam Hill** on an indictment (No. 04-23-P-S) filed in the District of Maine charging the defendant with conspiracy to distribute, and to possess with intent to distribute, over 50 grams of cocaine base, a Schedule II controlled substance in violation of 21 U.S.C. § 846, and using and carrying (and brandishing) a firearm in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

3. The arrest warrant was issued on or about February 26, 2004 by Susan M. Durst, Deputy Clerk of the Court. Based on records and information as described above, I know that this arrest warrant is still outstanding in the District of Maine.

Stephen E. Hickey
Special Agent, ATF

Subscribed and sworn to before me this 27th day of February 2004.

Charles B. Swartwood, III
U.S. Magistrate Judge
District of Massachusetts